WILLIAM L. WILSON, Respondent, *v.* LILLIAN RIGGS, Appellant.

(Argued April 16, 1935; decided April 30, 1935.)

*Aaron H. Marx, Walter E. Godfrey* and *Frank L. Miller* for appellant.

*Solomon E. Star* and *Irving L. Ernst* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: LEHMAN, O'BRIEN, CROUCH and LOUGHRAN, JJ. Dissenting: CRANE, Ch. J., and HUBBS, J. Not sitting: FINCH, J.